No. 11–832. CLOER v. SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. Fed. Cir. Motion of National Vaccine Information Center et al. for leave to file a brief as *amici curiae*

out of time granted. Certiorari denied.